IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **JAMES JOSEPH JULUKE, JR.,** § § | |
| Plaintiff, § § | |
| v. § | Civil Action No. **3:14-CV-65-L** |
| § § | |
| **78 NEP, LTD., and WEITZMAN** § | |
| **MANAGEMENT CORPORATION,** § § | |
| Defendants. § | |

## ORDER

Before the court is the parties' Stipulation of Dismissal With Prejudice, filed August 26, 2014. The court determines that this case should be dismissed. Accordingly, all claims and counterclaims are hereby **dismissed with prejudice**. The parties shall bear their own costs and attorney's fees.

**It is so ordered** this 26th day of August, 2014.

_____
Sam A. Lindsay
United States District Judge

Order - Solo Page